Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA  92612-1077
Telephone:  (949) 417-0999
Facsimile:  (949) 417-5394
Email:    jeffrey.gerardo@kutakrock.com
Email:    steven.dailey@kutakrock.com

Attorneys for Defendant
FEDERAL HOME LOAN MORTGAGE CORPORATION [erroneously named as "FEDERAL HOME MORTGAGE CORPORATION"]

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY K UNG;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL HOME MORTGAGE CORPORATION; MOIST REALTORS, INC; LONNI DEE GRUNLUND,<br><br>Does 1 through 100,<br><br>　　　　Defendants. | Case No.   12-cv-04216 ABC (DTBx)<br><br>Assigned to:<br>District Judge Audrey B. Collins<br>Courtroom:  680<br><br>Assigned Discovery:<br>Magistrate Judge David T. Bristow<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Date Filed:      May 15, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

On July 17, 2012, this Court issued an Order granting FEDERAL HOME LOAN MORTGAGE CORPORATION's ["FHLMC's"] Motion to Dismiss Plaintiff TY UNG's Amended Complaint. The issues, having been fully considered, and a decision having been duly rendered,

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED, that this action is dismissed with prejudice as to FHLMC, that Plaintiff TY UNG take nothing as against FHLMC, and that Judgment is hereby entered in favor of

4816-8026-0624.1
14617-688

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

[PROPOSED] JUDGMENT

Lender FHLMC and against Plaintiff ~~FHLMC~~ TY UNG in accordance with the Court's Order of July 23, 2012.

**HEREBY ORDERED:**

Dated: August 27, 2012    _____
                          Hon. Audrey B. Collins
                          Judge of the United States District Court

Respectfully submitted:
KUTAK ROCK LLP

By: /s/ Steven M. Dailey
    Jeffrey S. Gerardo
    Steven M. Dailey
    Attorneys for Defendant
    FEDERAL HOME LOAN MORTGAGE CORPORATION